**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| TIMOTHY R. ELDER, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No.:  10-cv-01418-JFM |
| NATIONAL CONFERENCE OF BAR EXAMINERS, | * |
| | * |
| Defendant. | * |

\* \* \* \* ooo0ooo \* \* \* \*

**PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE AND PROPOSED ORDER**

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiffs, through their undersigned counsel, hereby move the Court to dismiss their complaint without prejudice as all issues contained therein are now moot. The grounds for this motion are set forth in the accompanying memorandum in support. For the convenience of the Court submitted herewith is a Proposed Order of Dismissal.

Respectfully submitted,

/s/
Daniel F. Goldstein (Fed. Bar No. 01036)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street
Suite 1700
Baltimore, MD 21202
Telephone :    (410) 962-1030
Facsimile :    (410) 385-0869
dfg@browngold.com
ms@browngold.com

Laurence W. Paradis (*admitted pro hac vice*)
Anna Levine *(admitted pro hac vice)*
Karla Gilbride *(admitted pro hac vice)*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA  94704
Telephone:     (510) 665-8644
Facsimile:     (510) 665-8511
TTY:           (510) 665-8716
lparadis@dralegal.org
alevine@dralegal.org
kgilbride@dralegal.org

Scott C. LaBarre
*(admitted pro hac vice)*
LABARRE LAW OFFICES, P.C.
1660 S. Albion Street, Ste 918
Denver, CO  80222
Telephone:     (303) 504-5979
Fax:           (303) 757-3640
slabarre@labarrelaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of November, 2010, a copy of Plaintiffs' Motion for Voluntary Dismissal Without Prejudice, Proposed Order and the Memorandum in support thereof were served on counsel through the ECF Electronic Filing System.

                                                                     /s/
                                          Daniel F. Goldstein